| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| PAUL L. REIN<br>200 LAKESIDE DRIVE, SUITE A<br>OAKLAND, CA  94612 | (510) 832-5001 | |
| ATTORNEY FOR (NAME)     PLAINTIFF | REFERENCE NUMBER<br>OT263002-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
CHRISTINA ADAMS vs. THE GRAND LODGE ROSICRUCIANS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C05-04294RS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS

**Name of Defendant:** THE GRAND LODGE OF THE ENGLISH LANGUAGE JURISDICTION OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS DBA THE ROSICRUCION EGYPTIAN MUSEUM
**Person Served:** SARAH HAMMOND
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 11/11/05
**Time of Delivery:** 01:00 pm

**Place of Service:** 1342 NAGLEE AVE
SAN JOSE, CA                                                    (Business)

**Date of Mailing:** 11/15/05
**Place of Mailing:** SAN FRANCISCO

**Physical Description:**
| AGE: | 36 | HAIR: | BR | HEIGHT: | 5'5 | RACE: | C |
| SEX: | F | EYES: | BR | WEIGHT: | 200 | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**  ☐ Federal Rules of Civil Procedure
                        ☒ California Code of Civil Procedure
**Fee for service:** $ 78.81

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

☒ Registered: . . . SANTA CLARA . . . . County,
Number: . . . . . . . 458 . . . . . . . . . . .

Attorney's Diversified Services
2395 BECHELLI LANE, SUITE C
REDDING, CALIFORNIA 96002
530-241-1228      Client File # ADAMS V. THE GRAND LODGE
30C/OT263002-01         PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . November 16, 2005 . . . . . . ,
at: . . . . . . . San Francisco . . . . . , California.

Signature: Ron Gardiner
Name: RON L. GARDINER
Title: REGISTERED PROCESS SERVER

## LIST OF DOCUMENTS SERVED
## T263002-01
## T263002-02

1. SUMMONS IN A CIVIL CASE
2. COMPLAINT
3. ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; STIPULATION AND (PROPOSED) ORDER THEREON
4. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
5. BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
6. BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
7. SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT
8. STANDING ORDER RE: INITIAL CASE MANAGEMENT
9. JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
10. U.S. DISTRICT COURT NORTHERN CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT
11. ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA