PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff:
CHRISTINA ADAMS

THOMAS N. STEWART, III (SBN 88128)
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517
(925) 672-8452

Attorney for Plaintiff:
RICK FUTIA

JAMES McMANIS (SBN 40958)
WILLIAM FAULKNER (SBN 83385)
SHARON KIRSCH (SBN 157157)
McMANIS FAULKNER & MORGAN
50 West San Fernando Street, 10th Floor
San Jose, California 95113
(408) 279-8700

Attorneys for Defendants:
THE GRAND LODGE OF THE ENGLISH
LANGUAGE JURISDICTION OF THE ANCIENT
AND MYSTICAL ORDER ROSEA CRUCIS
dba THE ROSISCRUCIAN EGYPTIAN MUSEUM;
THE SUPREME GRAND LODGE OF THE ANCIENT
AND MYSTICAL ORDER ROSAE CRUCIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>    Plaintiff,<br><br>v.<br><br>THE SUPREME GRAND LODGE<br>OF THE ANCIENT AND<br>MYSTICAL ORDER ROSAE<br>CRUCIS,<br><br>    Defendants. | Lead Case No. C05-3547 PVT<br>Related Case No. C05-4294 PVT<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE FURTHER CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Current CMC Date: April 11, 2006<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 4th Floor<br>    U.S. District Court<br>    280 S. First Street, #2112<br>    San Jose, CA 95113-3008<br>Judge: Hon. Patricia Trumbull |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further**
**Case Management Conference: Case**
**No. C05-4294 PVT**

— 1 —

s:\jm\cases\rosicrucian museum\pleadings\stip to continue mediation deadline and further cmc.doc

CHRISTINA ADAMS,

    Plaintiff,

v.

THE GRAND LODGE OF THE ENGLISH LANGUAGE JURISDICTION OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS dba THE ROSICRUCIAN EGYPTIAN MUSEUM; THE SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS; and DOES 1-25, Inclusive,

    Defendants.

    Plaintiffs CHRISTINA ADAMS and RICK FUTIA and defendants THE GRAND LODGE OF THE ENGLISH LANGUAGE JURISDICTION OF THE ANCIENT AND MYSTICAL ORDER ROSEA CRUCIS dba THE ROSICRUCIAN MUSEUM; THE SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS, hereby jointly stipulate and request that the Court continue the Further Case Management Conference from the current date of April 11, 2006, to May 30, 2006.

    Good cause exists for continuing the further case management conference:

    1.    The initial Case Management Conference in this case was held on January 3, 2006. At the Case Management Conference, the parties indicated an intention to cooperatively exchange information relative to claims and defenses. The Court referred parties to Magistrate Judge Richard Seeborg for settlement conference and set a Further Case Management Conference for April 11, 2006. Judge Seeborg set a settlement conference for March 24, 2006.

    2.    The parties held a cooperative site inspection on February 6, 2006 and a further site inspection on February 20, 2006. A meeting of counsel and experts regarding the injunctive relief issues took place on March 7, 2006.

    3.    On March 15, 2006 Judge Seeborg, on his own motion, continued the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05-4294 PVT

— 2 —

s:\jm\cases\r\rosicrucian museum\pleadings\stip to continue mediation deadline and further cmc.doc

1  settlement conference date from March 24, 2006 to May 9, 2006, after the date currently set for
2  the further case management conference.
3      4.  The Further Case Management Conference should be held after the
4  Settlement Conference, as the parties will not have anything substantive to report to the Court
5  until the Settlement Conference is held.
6      5.  There are no trial or discovery dates set, and no party would be
7  prejudiced by the requested continuance.
8      Therefore, the parties now hereby request that the further case management
9  conference be continued to May 30, 2006 at 2:00 p.m., with the joint case management
10 statement due by May 23, 2006.

Dated: March 27 2006

PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN

_____
Attorneys for Plaintiff
CHRISTINA ADAMS

Dated: March 25 2006

THOMAS N. STEWART, III

_____
Attorneys for Plaintiff
RICK FUTIA

Dated: March __, 2006

JAMES McMANIS
WILLIAM FAULKNER
SHARON KIRSCH
McMANIS FAULKNER & MORGAN

_____
Attorneys for Defendants
THE GRAND LODGE OF THE ENGLISH
LANGUAGE JURISDICTION OF THE
ANCIENT AND MYSTICAL ORDER ROSEA
CRUCIS dba THE ROSISCRUCIAN EGYPTIAN
MUSEUM; THE SUPREME GRAND LODGE
OF THE ANCIENT AND MYSTICAL ORDER
ROSAE CRUCIS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05-4294 PVT

- 3 -

1  settlement conference date from March 24, 2006 to May 9, 2006, after the date currently set for
2  the further case management conference.
3      4.   The Further Case Management Conference should be held after the
4  Settlement Conference, as the parties will not have anything substantive to report to the Court
5  until the Settlement Conference is held.
6      5.   There are no trial or discovery dates set, and no party would be
7  prejudiced by the requested continuance.
8      Therefore, the parties now hereby request that the further case management
9  conference be continued to May 30, 2006 at 2:00 p.m., with the joint case management
10 statement due by May 23, 2006.

11 Dated: March __, 2006          PAUL L. REIN
12                                PATRICIA BARBOSA
                                  JULIE MCLEAN
13                                LAW OFFICES OF PAUL L. REIN
14
15                                _____
                                  Attorneys for Plaintiff
16                                CHRISTINA ADAMS

17 Dated: March __, 2006          THOMAS N. STEWART, III
18
19                                _____
                                  Attorneys for Plaintiff
20                                RICK FUTIA

21 Dated: March 27, 2006          JAMES McMANIS
                                  WILLIAM FAULKNER
22                                SHARON KIRSCH
                                  McMANIS FAULKNER & MORGAN
23
24                                _____ for SK
                                  Attorneys for Defendants
25                                THE GRAND LODGE OF THE ENGLISH
                                  LANGUAGE JURISDICTION OF THE
26                                ANCIENT AND MYSTICAL ORDER ROSEA
                                  CRUCIS dba THE ROSISCRUCIAN EGYPTIAN
27                                MUSEUM; THE SUPREME GRAND LODGE
                                  OF THE ANCIENT AND MYSTICAL ORDER
28                                ROSAE CRUCIS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05 4294 PVT                                                    - 3 -

03/24/2006 FRI 15:49 [TX/RX NO 5027] ☒005

# ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

The Further Case Management Conference scheduled for April 11, 2006, is continued to May 30, 2006, at 2:00 p.m., with a joint case management statement due May 23, 2006.

Dated: 3/28/06

_____
HON. PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05-4294 PVT

— 9 —